IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHNNY LOPEZ**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-19-GMS |
| | : | |
| **THOMAS L. CARROLL**, Warden, | : | |
| | : | |
| Respondent. | : | |

## ORDER

This _____ day of _____, 2005,

WHEREAS, respondent having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondent's answer shall be filed on or before August 1, 2005.

_____
United States District Judge