## RULE 7.1.1 CERTIFICATION

  I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

              /s/ Elizabeth R. McFarlan
              Deputy Attorney General

              Counsel for Respondent

Date: April 14, 2005

Case 1:05-cv-00019-GMS    Document 9-3    Filed 04/14/2005    Page 1 of 1