In The United States District Court
for the District of Delaware
Petition under 28 USC: 2254

(Pg. 1)

Johnny Lopez
    Petitioner
                            Civ. Act. no. 05-19-Gms

V.

Thomas Carroll, warden
    Respondent

   This is a motion to request the judge for a hand written signature on a motion for Extention of time filed by the Attorney General of the state of Delaware. Motion filed electronicly 4-15-05, Case num: 1:05-CU-19.

   I Johnny lopez (Pro se) wish to request the reason for not recieving a hand written signature from the Honorable Judge Gregory M. Sleet on the above case/motion.

   The State of Delaware is violating my Constitutional rights, I feel the state of Delaware is discrimanating against me by thinking I don't know the law. I wish to introduce evidence supporting the claim of discrimandtion and the violation of my constitutional rights.

   On December 16th, 2003 I sent an appeal to the supreme court, Case number: 0303004566 and case num.: 0102006397, signed by Johnny lopez (Prose). The supreme court granted this motion for the appeallant Johnny lopez (Prose) on December 22nd, 2003. Appeal num. 599, 2003.

   On April 5th 2004, The supreme court granted me Johnny lopez (Pro se) my desire to change my Public defender, Brian J. Bartley. I Johnny lopez (Prose) never requested the state for representation.



(Pg.2)

On March 17th, 2003 I dissmissed my public defender and I represented myself at my preliminary hearing. On April 11th, 2003 the Public Defender wrote a letter to Judge Richard S, Gebelein when I refused his representation. I include a copy of this letter to the court.

On July 6th 2004 the supreme court sent an order to the superior court, New Castle county, because of June 1st 2004 the superior court denied a motion to substitute counsel. The above motion mentioned is false. I never requested any such motion. And I never recieved any information from the court about any such motion or denial.

I do believe the person that did that send motion is the Public defender, Brian J. Bartley without my consent. Because the judge Peggy L. Ableman wanted to force me to continue with my case with the Public defender. The Public defender also wanted to force me to continue with him as counsel. I include a copy of a letter from April 26st, 2004, from Judge Peggy L. Ableman. A letter from April 21st 2004 from the public defender. Included is a letter from Supreme court Clerk Cathy L. Howard on June 2, 2004 and I send a copy of an order from July 6th 2004 signed by the court justice, On November 22nd 2004, The supreme court affirmed all my changes before the Justices Judge Steele, Cheif justice Holland, and Berger.

On December 6th 2004 I Johnny Lopez (Prose) sent a motion to the Supreme court by the rule 26, because on this document from november 22nd, 2004 The supreme court didn't review my appeal. Reason #1) That decision didn't come from inside the supreme court #2) This document failed to review my preliminary hearing and my rule 16. They didn't review my probation and parole violation. #3) This document is unofficial because it failed to be signed by anyone from the supreme court.

Pg 3

I can't believe the supreme court refuse to sign the documents affirming my sentence. I see the documents by way of orders that other inmates recieved and there all signed by someone in the supreme court. On December 9th 2004 I recieved a letter from the senior court clerk, Lisa A. Semans. When the court clerck responded about my motion from December 6th 2004 when I requested to the supreme court for a signature to the decision of November 22nd 2004, I can't believe the court clerk responded to the motion adressed to the sppreme court. I include a copy of the supreme court decision from November 22nd 2004, and I include a copy of the letter of decision from the senior clerk Lisa Semans on December 9th 2004, I include a copy from the letter Dated December 10th 2004 from Audrey F. Barina, Assistant clerk of of the supreme court, to the Honorable Peggy L. Ableman to: my Johnay Lopez (prose) and to John R. Williams, Esquire when the case was closed.

    I send the court a copy of all theese documents, including a copy of the motion for extehtion of time from Thomas a Carroll with no signatures. In conclusion I believe the supreme court of Delaware did nott review my case. The state of Delaware denied my access to the court to present my case. The court clerk has no authorization to make a decision on a motion by rule 26, Delaware Correctional center also denied my access to the court, They have also denid comunication with my family. I haven't had comunication with my family in over a year because the institution blocks all comunication. I believe the District court clerk denies my access to the court aswell. I've sent letter and motions to the court and recieve no response from the Judge. I used another inmates name and information, with

(Pg. 4)

Permission and sent it to the court by way of the other inmates family and still no response. Thats the reason I request to this honorable court to send me the original signatures and all documents from the courts because I don't want the state to do the same thing it did to me, the same as the other courts, superior and supreme. They violate all my constitutional rights and discriminate me and send me so many documents with no signatures like I'm an ignorant person. I request again to this honorable court that all documents must be signed including the original document signed by judge Gregory M. Sleet on April 15th 2005. I want to let this court to know that I'm sending copies of all documents mentioned and I will notorize this document and send by certified mail from this institution. So if the court doesn't recieve this document from, Johnny Lopez (Prose) it's because the Delaware correctional center or the district court clerk refuse my access to the court. I send a copy of this motion to the warden Thomas L. Carroll, To the supreme court, to the Attorney General Jane Brady, to the Cheif of appeals division Department of justice Loren Meyers, To Lawrence M. Sulivan, Public Defender's office. I consider myself a Political Prisioner of the State of Delaware

Sincerly, 4-19-05

*Johnny Lopez*

Johnny Lopez (Prose)
Bld 22-B-28 / Sbi# 459748
Delaware correctional center
Symrna De 19972

Sworn to subscribed before me this 19th day of April 2005

Notary