**CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2005, I electronically filed an answer (with attachments) with the Clerk of Court using CM/ECF. I also hereby certify that on July 26, 2005, I have mailed by United States Service, the same documents to the following non-registered participant:

Johnny Lopez
SBI No. 459748
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

      /s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us