HPS- 2                                                                                         NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-4525

---

IN RE: JOHNNY LOPEZ,
                                            Petitioner

---

On Petition for a Writ of Mandamus from the
United States District Court for the
District of Delaware
(Related to D. Del. Civ. No. 05-cv-00019)

---

Submitted Under Rule 21, Fed. R. App. P.

November 4, 2005

Before: CHIEF JUDGE SCIRICA, WEIS AND GARTH, CIRCUIT JUDGES

**JUDGMENT**

---

    This cause came on to be heard on a petition for writ of mandamus and was submitted for decision under Rule 21, Fed. R. App. P. On consideration whereof, it is now hereby

    ORDERED AND ADJUDGED by this Court that the petition for writ of mandamus is DENIED. All of the above in accordance with the opinion of this Court.

ATTEST:

*Kathleen Brauer* (signature)
Chief Deputy Clerk

DATED: December 7, 2005

A True Copy:

*Marcia M. Waldron* (signature)

Marcia M. Waldron, Clerk