IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHNNY LOPEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-19-GMS |
| | ) | |
| THOMAS CARROLL, | ) | |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

At Wilmington this 28th day of December, 2005;

IT IS ORDERED that:

Petitioner Johnny Lopez's motion for a handwritten signature on motions filed and orders issued in his habeas proceeding is DENIED. (D.I. 10.); *See In re Lopez*, No. 05-4525, Opinion (3d Cir. Dec. 7, 2005)(denying Lopez's petition for a writ of mandamus to compel this court and the State to sign all motions, pleadings, and orders filed and docketed using CM/ECF in his habeas proceeding).

UNITED STATES DISTRICT JUDGE