OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS

**Marcia M. Waldron**
CLERK

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE   19801

Re: Johnny Lopez
C.A.# 06-1108

Dear Clerk:

Enclosed herewith are copies of the following documents filed today in the above-entitled case:

1. Opinion

2. Certified copy of the Judgment denying the issuance of a writ of mandamus/prohibition.

Please acknowledge receipt of the above documents on the enclosed copy of this form.

Very truly yours,

MARCIA M. WALDRON, Clerk

By:Carmella L. Wells
Case Manager
Direct Dial: 267-299-4928

Enclosures
cc: Mr. Johnny Lopez