In The United States District Court
For the District of Delaware

1

Johnny Lopez, Petitioner,
V.
Thomas L. Carroll,
 Warden, Respondent

Civ. Act. No. 05-19-GMS
and
3rd Cir. No. 06-1108
and No. 05-3476

Motion To Request The Court
To keep This information in my Record

FILED
FEB 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Johnny Lopez, pro se, request the honorable court to recieve this information when I explain to the court what the State of Delaware and Delaware Correctional Center deny me access to the Court. I been fighting over the years for the Law Library paralegal, Timothy J. Martin.... I've been requesting for this paralegal for over one year to get information about the charge of possession with intent to deliver and trafficing in Cocaine. This information is in Title 16 Sec. 4751 and 4753. Every time I ask for this information the paralegal walk around and give me wrong information as if I was stupid. I feel the paralegal is discriminating against my nationality. I don't have access to any book under Federal Law and when I need some information I have to ask another inmate. I collected many informations and cases of Federal and State Law to use in my defense.... I lost all these cases on Friday, February 4, 2006 when I was moved from Maximum to Super Max and the property officer kept all my stuff (legal) for seven days. When I recieved my property back all the materials I had for my defense been

2

disappeared including legal papers I recieved from United States Court of Appeals for The 3rd Circuit. Under Federal Law I have a constitutional right to have access to the Court. The Paralegal is supposed to provide me legal information. I can't believe it, Delaware Correctional Center charging me almost $100.00 for my legal process and after that came and took all my legal material. This institution always say file the grievance, but, this grievance never working. I write a letter to Mr. Carroll, the Warden, and I never get a response. I got information from the inmate in that institution, the Warden never responds to other inmates. I came to Delaware Correctional Center from Gander Hill Prison in July 23, 2004 and this prison keeping me locked down because Cindy Atallians, Counselor for Bldg. 22 and Counselor Spense. She wanted to force me to recieve treatment from another inmate. By the 14th Amendment to the Constitution of the United States it is illegal to put one inmate on top of another inmate. That's the reason so many inmates get raped in prison and get beat up and extorted by another inmate. On September I was classified to the population. On September 20, 2005, I been approved to the population. So many inmates was classified after me. All these people have been transferred to the population. All these inmate coming to Maximum Security because they get write up from disciplinary action... I never recieved any kind of write up in almost 2 years in this institution. I recieved one write up on Feb. 04 2006, that was not my fault. I explained to the officer I had a problem with my celly and he wrote me up for disorderly conduct. I can't believe I asked the officer for help and the officer

wrote me up. I cannot beleive I'm supposed to be in the Normal population from the first day I came into this prison and Counselor Atallian and Counselor Spence keeping me Lock down all this time. When an inmate in Maximum Sceurity because I don't want to be recieving treatment from another inmate. I completed my treatment program in Ganderhill, from my & no have no treatment program in my sentence. I no refuse during treatment. Number 1, because I have to work on my Legal situation and I tried to get a job so I can support my situation. — In conclusion, the State of Delaware and the State of Delaware Correctional Center violate all my Constitutional Rights and punishes me and denies me access to the Courts. See, ALLex V. SAKAI, 40 F.3d 1001 (9th Cir. 1994). Also, See Argersinger V. Hamlin, 407 U.S. 25, 32 L. Ed. 2d 530, 92 S. Ct. 2006 (1972). Also See Bee V. UTAH State Prison 823 F.2d 397 (10th Cir. 1987) Also, see, Bieregu V. Reno, 59 F.3d 1445 (3rd Cir. 1995). Also See Bounds V. Smith, 430 U.S 817, 52 L. Ed. 2d 72, 97 S.Ct. 1491 (1976). Also, Bradely V. Hall, 64 F.3d 1276 (9th Cir. 1997). — I feel my Life is in danger in Delaware Correctional Center.

Sincerely,
Johnny Lopez
SBI 459748

CC: Warden Carroll
DAG Elizabeth R. McFarlan
Court of Appeals, 3rd Circuit
Cindy Atallian, Counselor, DCC
Counselor Spence, DCC
Timothy Martin, Law Library

Delaware Correctional Center
1181 Paddock Road
Bldg (21) C8U
Smyrna, DE 19977



I/M Johnny Lopez
SBI# 459748  UNIT Bldg. 21 CBU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
U.S. District Court
844 N. King St. - Lockbox 18
Wilmington, DE
19801-3570