ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHNNY LOPEZ, )
              )
    Petitioner, )
              )
v.            ) Civil Action No. 05-19-GMS
              )
THOMAS CARROLL, )
              )
    Warden, )
              )
    Respondent )

FILED
APR 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

    I Johnny Lopez pro sé, I have a case in this court. I has been here for more than 15 (fifteen) months. I request to this honorable court to know how long my case is to be in this court. What is the statute of limitations on Habeas Corpus proceedings? Also, I want to request to this honorable court, for you to please send me my docket court in this case.

                                                      Sincerely,
                                                      Johnny Lopez

                                                      Johnny Lopez, pro sé
                                                     Delaware Correctional
                                                     Center, Smyrna, De
CC: Elizabeth R. McFarlan               1811 Paddock Rd  19977
     Johnny Lopez, pro sé

4/11/06

IM Johnny Lopez
SBI# 459748  UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 N. King Street.
Lock box 18
Wilmington DE
19801-3570