OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 21, 2006

Johnny Lopez
Delaware Correctional Center
1811 Paddock Road
Smyrna, DE 19977

    **RE:  Letter dated April 20, 2006**
          **Lopez v. Carroll, 05-19 GMS**

Dear Mr. Lopez:

    The above referenced letter has been received by this office requesting assistance regarding your petition for writ of habeas corpus.  Please bee advised that this office is unable to render legal advice and therefore we are unable to assist you with that portion of your request.  Per your request a copy of the docket sheet in this case is enclosed with this letter.

                        Sincerely,

/rbe                                  PETER T. DALLEO
                                      CLERK