CH

# NOTICE OF APPEAL
# TO
# U.S. COURT OF APPEALS, THIRD CIRCUIT



U.S.C.A. 3rd. CIR.

**U.S. District Court for the District of Delaware**

CIRCUIT COURT DOCKET NUMBER: 06- 2409
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

JOHNNY LOPEZ

DISTRICT COURT DOCKET NUMBER: 05-19-GMS

v.

THOMAS CARROLL. Warden.

DISTRICT COURT JUDGE: Gregory M. Sleet

Notice is hereby given that ___JOHNNY LOPEZ___
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,

[ ] Other (specify) __DISMISSAL__

entered in this action on __August 4) 06__.
(date)

DATED: __8/8/06__

__JOHNNY LOPEZ__
(Counsel for Appellant-Signature)

__JOHNNY LOPEZ__
(Name of Counsel - Typed)

__DCC 1181 PADDOCK ROAD. SMYRNA__
(Address) __Delaware 19977__

(Counsel for Appellee)

(Address)

(Telephone Number)                    (Telephone Number)

**NOTE:** USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

IM Johnny Lopez
SBI# 459748  UNIT 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

RECEIVED
AUG 11 2006
U.S.C.A. 3rd. Cir.

WILMINGTON DE 197
10 AUG 2006 PM 1 L

Office of The Clerk U.S.
Court of Appeals 21400
U.S. Courthouse 601 Market
Street Philadelphia, PA
19106

