CH

NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT



U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: 06-2409
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

JOHNNY LOPEZ

v.

THOMAS CARROLL, Warden.

DISTRICT COURT DOCKET NUMBER: 05-19-GMS

DISTRICT COURT JUDGE: Gregory M. Sleet

Notice is hereby given that  JOHNNY LOPEZ
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,
[ ] Other (specify) DISMISSAL

entered in this action on AUGUST 4) 06 .
(date)

DATED: 8/8/06

JOHNNY LOPEZ
(Counsel for Appellant-Signature)

JOHNNY LOPEZ
(Name of Counsel - Typed)

DCC 1181 PADDOCK ROAD, SMYRNA
(Address) Delaware 19977

(Counsel for Appellee)

_____
(Address)

(Telephone Number)                    (Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

I/M Johnny Lopez
SBI# 459748   UNIT 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

RECEIVED AUG 11 2006 U.S.C.A. 3rd. CIR.

WILMINGTON DE 197
10 AUG 2006 PM 1 L



Office of The Clerk U.S.
Court of Appeals 21400
U.S. Courthouse 601 Market
Street Philadelphia, PA
19106

U.S.M.S. X-RAY
U.S.M.S. X-RAY