**FPS-442**                                                    August 31, 2006
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. **06-3758**

Lopez v. Carroll
(D. Del. No. 05-cv-19)

To:  Clerk


1)  Motion for Leave to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>

_____

        The foregoing Motion is granted.  The appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.


                                        For the Court,


                                         /s/ Marcia M. Waldron
                                            Clerk

Dated:  September 6, 2006

CH/cc:  Mr. Johnny Lopez
        Elizabeth r. McFarlan, Esq.

A True Copy:

Marcia M. Waldron, Clerk