UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 King Street
Lockbox 18
Wilmington, Delaware  19801

February 26, 2007

Marcia Waldron, Clerk
United States Court of Appeals
For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

RE: Lopez v. Carroll, et al
Civil Action No. 05cv19
USCA No. 06-3758

Dear Ms. Waldron:

Enclosed please find:

___ One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.  Transcript purchase order has been filed and record is ready for appeal purposes.

___ The Actual _____ Supplemental  Record with one certified copy and one uncertified copy of the docket entries.

___ One certified copy of the docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record.

 XX  The Actual Record (DI # 15 and 16) with one certified copy of the docket entries.  The remainder of the record can be accessed on ECF.

Very truly yours,

_____
Deputy Clerk

Enclosures