CLD-158                                                    **March 15, 2007**
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
C.A. No. **06-3758**

JOHNNY LOPEZ

     VS.

WARDEN THOMAS CARROLL, ET AL.

    (D. DEL. CIV. NO. 05-CV-019)

Present: RENDELL, SMITH AND JORDAN, <u>CIRCUIT JUDGES</u>

           Submitted is Appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1)

           in the above-captioned case.

                      Respectfully,

                      Clerk

MMW/MCF/ch

_____ORDER_____

The foregoing application for a certificate of appealability is denied. Lopez has failed to make a substantial showing of the denial of a constitutional right. <u>See</u> 28 U.S.C. § 2253(c)(2). For substantially the reasons given by the district court, jurists of reason would not debate the correctness of the district court's decision to deny Lopez's habeas corpus petition. <u>See</u> <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 338 (2003).

           By the Court,

            /s/ D. Brooks Smith
           Circuit Judge

Dated: April 24, 2007

CH/cc: Mr. Johnny Lopez
      Elizabeth R. McFarlan, Esq.

A True Copy:

Marcia M. Waldron

Marcia M. Waldron, Clerk