# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

RECEIVED OCT 18 2007

William K. Suter
Clerk of the Court
(202) 479-3011

October 15, 2007

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

05cv19GMS

Re: Johnny Lopez
  v. Thomas Carroll, Warden, et al.
  No. 07-5859
  (Your No. 06-3758)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk